EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Adán Rodríguez Lugo | 2010 TSPR 221<br><br>180 DPR _____ |

Número del Caso: TS-13,630

Fecha: 6 de diciembre de 2010

Abogado del Peticionario:

      Por Derecho Propio

Materia: Reinstalación al Ejercicio de la Abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Adán Rodríguez Lugo                TS-13,630

RESOLUCION

San Juan, Puerto Rico, a 6 de diciembre de 2010.

Examinada la *Moción Solicitando Reinstalación* presentada en el caso de epígrafe, se autoriza la reinstalación del Lcdo. Adán Rodríguez Lugo al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo, Interina.

Larissa Ortiz Modestti
Secretaria del Tribunal Supremo, Interina